UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GAYLE KNOTT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:16-cv-3025 |
| | ) CHIEF JUDGE CRENSHAW |
| OCWEN LOAN SERVICES, LLC, | ) ) |
| Defendant. | ) |

# ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge, to which no timely objections have been filed. (Doc. No. 30.) The Court has reviewed the Report and Recommendation and concluded a de novo review of the record. The Report and Recommendation is hereby **APPROVED AND ADOPTED**.

Accordingly, Defendant's unopposed Motion for Summary Judgment (Doc. No. 23) is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE